UNITED STATES DISTRICT CORT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,            :     04 Cr. 858 (LMM)

           - v -                    :     MEMORANDUM AND ORDER

ANTONIO OLMEDA,                      :

           Defendant.               :

------------------------------------x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 10/6/06 |

McKENNA, D.J.,

        Pursuant to the decision of the United States Court of Appeals for the Second Circuit of August 29, 2006 (mandate September 22, 2006), the indictment is dismissed.

                              SO ORDERED.

Dated:  October 6, 2006

                                     _____
                                       Lawrence M. McKenna
                                           U.S.D.J.

COPIES MAILED TO COUNSEL  OCT -6 2006